IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IETTA WISE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3031 |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTINA J. LUENINGHOENER, as personal representative of the estate of Robert Shocker, | ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) ) | |

The parties have filed a Stipulation for Dismissal with Prejudice, filing 25.

IT THEREFORE IS ORDERED that this action is dismissed with prejudice. Each party shall bear its own attorney fees and costs.

Dated March 2, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge